# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

MARQUIS D'UNDRE HOLLOWAY,           )
                                     )          Case No. 1:26-cv-62
    *Plaintiff*,               )
                                     )          Judge Travis R. McDonough
v.                                   )
                                     )          Magistrate Judge Mike Dumitru
JOHNSON COUNTY COURTHOUSE,           )
                                     )
    *Defendant*.              )

## ORDER

Before the Court is Magistrate Judge Mike Dumitru's report and recommendation (Doc. 14). In his report and recommendation, Judge Dumitru explains that the Court previously identified "deficiencies with Plaintiff's complaint as drafted which would prevent his claims from proceeding past the screening stage and ordered Plaintiff to file an amended complaint to address the deficiencies and attempt to state a claim." (*Id.* at 2; *see also* Doc. 9.) Judge Dumitru ordered Plaintiff to file an amended complaint by April 13, 2026. (Doc. 14, at 2.) The April 13 deadline passed with no response from Plaintiff, and Judge Dumitru recommends dismissal because Plaintiff (1) failed to respond to the Court's order and (2) failed to update his address in accordance with Local Rule 83.13.[1] (*Id.* at 2–3.)

The Court agrees with Judge Dumitru's well-reasoned conclusions. Accordingly, it hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's report and recommendation (Doc.

---

[1] The Court also notes that Plaintiff has not filed an objection to Judge Dumitru's report and recommendation after he was explicitly notified of the 14-day deadline to do so. (*See* Doc. 14, at 3 n.1.)

14). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** and the Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

Case 1:26-cv-00062-TRM-MJD    Document 16    Filed 05/12/26    Page 2 of 2    PageID #: 42